IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GILBERT ROBLES, JR.,                    No. C 11-02053 CW (PR)

     Petitioner,                     ORDER OF DISMISSAL WITHOUT
                                        PREJUDICE
  v.

COURTS OF THE SUPREME COURT,

     Respondent.
                                        /

    On April 27, 2011, Petitioner, a state prisoner, filed the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. However, Petitioner failed to complete the petition. Petitioner also failed to file an in forma pauperis application. On the same day the action was filed the Court sent two separate notifications to Petitioner informing him that his action could not go forward until he filed a completed habeas corpus petition, and paid the filing fee or filed a completed prisoner's in forma pauperis application. The Clerk of the Court sent Petitioner a blank habeas corpus petition and an in forma pauperis application and told him that he must complete the petition, and pay the fee or return the completed application within thirty days or his action would be dismissed.

1    More than thirty days have passed and Petitioner has not
2  returned a completed habeas corpus petition, paid the filing fee or
3  returned the <u>in forma pauperis</u> application or otherwise
4  communicated with the Court.  Accordingly, this action is DISMISSED
5  WITHOUT PREJUDICE.  The Clerk of the Court shall close the file.
6    IT IS SO ORDERED.
7  Dated: 6/16/2011                    _____
                                       CLAUDIA WILKEN
8                                      UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT<br>FOR THE<br>NORTHERN DISTRICT OF CALIFORNIA

GILBERT ROBLES JUNIOR,

        Plaintiff,

  v.

COURTS OF THE SUPREME COURT et al,

        Defendant.
                                          /

Case Number: CV11-02053 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 16, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gilbert Robles K11761
Kern Valley State Prison
D3-220 Low
P.O. Box 5104
Delano, CA 93216

Dated: June 16, 2011

                                  Richard W. Wieking, Clerk
                                  By: Nikki Riley, Deputy Clerk

4